# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| OLLIE WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:09CV395 JCH |
| | ) | |
| JENNIFER SACHSE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Williams' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is successive and shall be summarily dismissed.

Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts provides that a district court shall summarily dismiss a § 2254 petition if it plainly appears that the petitioner is not entitled to relief.

Petitioner was sentenced by the state court in 1990. Petitioner sought state and federal habeas relief after the conviction. The denial of petitioner's federal habeas petition was affirmed by the United States Court of Appeals for the Eighth Circuit on May 21, 1996. Williams v. Groose, No: 94-3669. On October 6, 2000, the Eighth Circuit denied petitioner's request to file a successive habeas application. Williams v.

Stubblefield, No: 00-2881.  There is no indication in the record that plaintiff has filed a subsequent request with the Eighth Circuit.

To the extent that petitioner seeks to relitigate claims that he brought in his original petition, those claims must be denied pursuant to 28 U.S.C. § 2244(b)(1).  To the extent that petitioner seeks to bring new claims for habeas relief, petitioner must obtain leave from the United States Court of Appeals for the Eighth Circuit before he can bring those claims in this Court.  28 U.S.C. § 2244(b)(3)(A).  Petitioner has not been granted leave to file a successive habeas petition in this Court.  As a result, the petition shall be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that Williams' petition for writ of habeas corpus is **DISMISSED**.

Dated this 16th Day of April, 2009.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE